CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 30 2011

JULIA C. DUDLEY, CLERK
BY: /s/
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| CHRIS CARTY,<br>    Plaintiff, | )<br>) Civil Action No. 7:11-cv-00557<br>) |
| v. | ) **FINAL ORDER**<br>) |
| W.A. WRIGHT, *et al.*,<br>    Defendants. | ) By: Samuel G. Wilson<br>) United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** pursuant to 42 U.S.C. §1997e(a) and this case is hereby **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send copies of this Order and the accompanying Memorandum Opinion to the parties.

ENTER: This 30th day of November, 2011.

/s/
United States District Judge